# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3426
_____

United States of America

*Plaintiff - Appellee*

v.

Jaime Lamon Esquivel

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: April 21, 2014
Filed: May 6, 2014
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Jaime Esquivel appeals the district court's[1] denial of his motion for review of his sentence. After careful review, we conclude that the motion

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

amounted to an unauthorized successive 28 U.S.C. § 2255 motion. <u>See</u> 28 U.S.C. § 2255(h) (authorization requirements); <u>United States v. Lambros</u>, 404 F.3d 1034, 1036 (8th Cir. 2005) (per curiam) (inmates cannot bypass authorization requirement of § 2255 by purporting to invoke some other procedure). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____